FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

BRYANT, GRADY EARL SR. & ▓▓▓▓ VS CITY OF WAVELAND ET AL

Case No. 10-0129          Paid by CHECK                  Receipt No.  22648
-----------------------------------------------------------------------------
            CLERK'S FEES                           85.00
            JURY TAX                                3.00
            COURT REPORTERS FEE                    10.00
            LAW LIBRARY                             2.50
            COURT ADMINISTRATOR                     2.00
            STATE CT ED FUND                        2.00
            COURT CONSTITUENTS                       .50
            ELECTRONIC COURT                       10.00
            LEGAL ASSISTANCE                        5.00


                                         ============
                                Total       $120.00
-----------------------------------------------------------------------------

Payment received from BOYCE HOLLEMAN


Transaction   14826 Received  3/ 2/2010 at  9: 6 Drawer   1 I.D. KENDRA

Account Balance Due         0.00              Receipt Amount         $120.00

By _____D.C.  Karen Ladner Ruhr, Circuit Clerk