UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GRADY EARL BRYANT, SR., INDIVIDUALLY AND ON BEHALF OF HIS MINOR DAUGHTER E.B. | § § § § | PLAINTIFFS |
| V. | § § | Civil Action No. 1:10cv120-LG-RHW |
| CITY OF WAVELAND; JAMES A. VARNELL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS POLICE OFFICER WITH THE CITY OF WAVELAND; JOHN SALTERELLI, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS POLICE OFFICER WITH THE CITY OF WAVELAND; EDDIE BESSE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS POLICE OFFICER WITH THE CITY OF WAVELAND; ERIC LOVELESS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS POLICE OFFICER WITH THE CITY OF WAVELAND; MIKE PENDERGRAST, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS POLICE OFFICER WITH THE CITY OF WAVELAND; and JOHN DOES A-Z | § § § § § § § § § § § § § § § § § § § § § § § § | DEFENDANTS |

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby

dismissed with prejudice as to all parties, with each party to bear his own costs.

**SO ORDERED AND ADJUDGED** this the 14th day of October, 2010.

s/ *Louis Guirola, Jr.*<br>Louis Guirola, Jr.<br>United States District Judge